**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02717-STV

LUWAM HAGOS SELTENE,

     Petitioner,

v.

MARKWAYNE MULLIN; *et al,*

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States Chief Judge Daniel D. Domenico on July 17, 2026, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] is GRANTED.

DATED at Denver, Colorado, this 27th day of July, 2026.

                    FOR THE COURT:
                    Jeffrey P. Colwell, Clerk

                    s/S. Chaplin
                    Deputy Clerk